30 A.3d 1101

COM. ex rel. Joseph LYNCH, Appellant

v.

Jeffrey BEARD, Secretary for Pa. Dept. of Corrections, Appellee.

Supreme Court of Pennsylvania.

Oct. 18, 2011.

## ORDER OF COURT

PER CURIAM.

**AND NOW,** this 18th day of October, 2011, the Order of the Commonwealth Court is **AFFIRMED.**